UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00027-FDW

| | |
|---|---|
| ANTHONY HOLLAND, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on the Consent Motion to Remand, (Doc. No. 10). Having carefully considered the motion and the record, the undersigned will GRANT the motion.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that the Motion, (Doc. No. 10), is GRANTED.

**IT IS SO ORDERED.**

Signed: June 20, 2023

Frank D. Whitney
United States District Judge